Delos Reed, Minor, by Harry E. Reed, His Father and
Next Friend, Appellee, v. City of Chicago, Ap-
pellant.

Gen. No. 41,293.

opinion filed March 11, 1941.  Barnet Hodes, Cor-
poration Counsel, for appellant; Alexander J. Resa, Louis H. Geiman,
and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Roth-
bart & Rosenfield, for appellee.  Opinion by PRESIDING JUSTICE FRIEND.
''Not to be published in full.''